## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:07-CR-01048          Recorder: CS 12/03/2007          Date: 12/03/2007

Present: The Honorable Margaret A. Nagle, U.S. Magistrate Judge

Court Clerk: Terry R. Baker                             Assistant U.S. Attorney: Cameron Schroeder

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) JAMES LANZO TURNER IV, aka Blue<br>        FUGITIVE<br>2) DAVID COLE, JR.<br>        CUSTODY-PRESENT<br>3) CHARLES LEROY TWYMAN, aka Lee<br>        FUGITIVE<br>4) LASHAWN ANDREA LYNCH<br>        FUGITIVE<br>5) MIKE LNU<br>        FUGITIVE | 2) EDWARD ROBINSON<br>        PANEL | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Valerie Baker Fairbank.
It is ordered that the following date(s) and time(s) are set:
        Jury Trial 01/22/2008 at 8:30 A.M.
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are directed to contact Judge Fairbank's clerk within 1 week of a not guilty plea to schedule a status conference. Guilty pleas will not be taken at the status conference.

00 : 04
Initials of Deputy Clerk: TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney, USMLA