SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 07-1048-VBF**                                                                 Dated: June 23, 2008

==============================================================================
**PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U. S. DISTRICT JUDGE**

| Rita Sanchez | Katie Thibodeaux | John Lulejian |
| Courtroom Deputy | Court Reporter | Shawn Nelson |
| | | Asst. U.S. Attorney |

==============================================================================

U.S.A. vs (Dfts listed below)                              Attorneys for Defendants

1)   James Lanzo Turner                           1)   Cornell Price
     Present - Custody                                  Present - Appointed

2)   David Cole, Jr.                              2)   Edward Robinson
     Present - Bond                                     S/A Brian Newman - Present - Appt.

4)   Lashawn Andrea Lynch                         4)   Alan Eisner
     Present - Bond                                     s/a by Cornell Price
                                                        Present- Appointed

_____

**PROCEEDINGS:**   **STATUS CONFERENCE RE TRIAL**

Case called and counsel make their appearance.  As set forth more fully on the record:

Ms. Lynch is initially not present.  The government requests and the court issues and holds a bench warrant for her arrest for failure to appear.  Case is recalled and Ms. Lynch is present.  The Court vacates the order for the bench warrant, and reminds Ms. Lynch she must be on time.

MINUTES FORM 6                                                                                        Initials of Deputy Clerk _RS_
CRIM -- GEN                                                                                                                :13

      Court and counsel discuss the status of the case.  The parties make a joint motion to continue the trial date based upon the complexity of the case, the voluminous discovery already produced, the need to review new discovery, and the need to continue intense plea negotiations.  The court informs Mr. Turner, Mr. Cole and Ms. Lynch of their speedy trial rights.  Mr. Turner, Mr. Cole and Ms. Lynch wave their speedy trial rights on the record through September 30, 2008.  For the reasons set forth on the record, the court finds the ends of justice are served by a continuation of the trial date and outweigh the public and the Defendants' speedy trial rights.  The trial is therefore continued to September 16, 2008.  The final pretrial conference is September 8, 2008 at 10:30 am.

      As set forth in the record, the Court directs the Government to file and serve a written stipulation regarding waiver of the Defendants' rights under the Speedy Trial Act and excludable time.

      IT IS SO ORDERED.