PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.    **CR 07-1048-VBF**                                           Dated: July 17, 2008
================================================================================
**PRESENT:    HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE**

| Kendra Bradshaw | Walter Ledge | John Lulejian |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

================================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

2)    David Cole, Jr.                            2)    Edward Robinson
      Present - Bond                                   Present - Appointed

**PROCEEDINGS:    CHANGE OF PLEA AND SETTING OF SENTENCING DATE**

Case called, and counsel make their appearance. The transcript of this proceeding is ordered sealed. Defendant is sworn. Defendant is sworn. Plea agreement is filed June 23, 2008.

Defendant withdraws his previously entered plea of not guilty and enters a plea of Guilty to Count One of the Two-Count Indictment.

The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea. The Court finds that the defendant, David Cole, Jr., has entered his plea freely and voluntarily with a full understanding of the charges against him and the consequences of his plea. The Court finds that defendant understands his/her constitutional and statutory rights and wishes to waive them. Accordingly, the plea is accepted and entered.

The Court refers the defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to **November 20 , 2008, at 3:00 pm**, for sentencing. All other dates are hereby vacated as to this defendant only.

cc:    PSA; USPO

**Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing. The Court construes "objections" to include departure arguments. Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy. Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing. Failure to meet these deadlines is grounds for sanctions.**

MINUTES FORM 8                                                    Initials of Deputy Clerk rs
CRIM -- COP & SET SENT                                                                    :60