**Law Office of**
**Edward M. Robinson**
Edward M. Robinson
Bar No. 126244
21515 Hawthorne Boulevard
Suite 665
Torrance, CA 90503
Tel: (310) 316-9333
Fax: (310) 316-6442
email: eroblaw@aol.com

Attorneys for Defendant **DAVID COLE, JR.**

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 07 04-1048-VBF |
| Plaintiff, | ORDER ALLOWING UNDER SEAL FILING |
| v. | |
| DAVID COLE, JR. | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant David Cole, Jr.'s documents entitled Sentencing Memorandum & Objections, shall be filed *Under Seal*.

IT IS SO ORDERED:

DATE: 7-22-09

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

- Page 1 -